IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| IN RE: NC SWINE FARM NUISANCE LITIGATION | ) ) ) ) ) ) ) Master Case No. 5:15-CV-13-BR |

**THIS DOCUMENT RELATES TO:**

*Faison, et al. v. Murphy-Brown, LLC*, **7:14-CV-229**

# ORDER

This matter is before the court on plaintiffs' unopposed motion to sever. For good cause shown, the motion is ALLOWED. Plaintiffs shall file, along with the applicable filing fee, the Complaint attached as Exhibit 2 to the motion to commence the new *Atkinson* case. Pursuant to the Initial Case Management Order, the *Atkinson* case shall be coordinated with the other cases under the master docket styled as "IN RE: NC SWINE FARM NUISANCE LITIGATION," Case No. 5:15-CV-13-BR.

This 27 February 2015.

_____
W. Earl Britt
Senior U.S. District Judge