IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

| | |
|---|---|
| IN RE: NC SWINE FARM NUISANCE LITIGATION | STIPULATED EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES<br><br>Fed. R. Civ. P. 29(b) |

**THIS DOCUMENT RELATES TO:**

**ALL CASES**

### STIPULATED EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES

1. On July 24, 2015, Plaintiffs served the following three master sets of written discovery requests on Defendant: (1) Plaintiffs' First Master Set of Interrogatories to Defendant, (2) Plaintiffs' First Master Requests for Admissions, and (3) Plaintiffs' First Master Set of Requests for Production of Documents to Defendant.

2. Pursuant to Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, Defendant's responses to these requests are due on August 24, 2015.

3. On July 27, 2015, Plaintiffs served the following three additional master sets of written discovery requests on Defendant: (1) Plaintiffs' Second Set of Requests for Production of Documents to Defendant on Preliminary Issues, (2) Plaintiffs' Second Request for Admissions on Preliminary Issues, and (3) Plaintiffs Second Set of Interrogatories on Preliminary Issues.

4. Pursuant to Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, Defendant's responses to these requests are due on August 26, 2015.

5. On August 14, 2015, counsel for Defendant wrote counsel for Plaintiffs seeking an agreement regarding the scope of additional preliminary discovery in these cases. The parties are currently working to reach an agreement on those issues.

6. In the meantime, the parties have agreed and hereby stipulate that Defendant shall have until September 21, 2015, to respond to Plaintiffs' written discovery requests listed in Paragraphs 1 and 3, above.

7. This stipulation will not interfere with the time set for completing discovery, for hearing a motion, or for trial. Therefore, pursuant to Fed. R. Civ. P. 29(b), this stipulation does not require approval of the Court.

Respectfully submitted,

/s/ Mark E. Anderson
Mark E. Anderson (N.C. Bar No. 15764)
McGUIREWOODS LLP
2600 Two Hannover Square
Raleigh, North Carolina 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
Email: manderson@mcguirewoods.com

Eugene E. Mathews III (Va. Bar No. 36384)
Tennille J. Checkovich (Va. Bar No. 68028)
(*By Special Appearance*)
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: mmathews@mcguirewoods.com
tcheckovich@mcguirewoods.com

*Attorneys for Defendant*

/s/ Mona Lisa Wallace
Mona Lisa Wallace, NCSB #9021
John Hughes, NCSB #22126

Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
Phone: 704-633-5244
Fax: 704-633-9434
mwallace@wallacegraham.com
jhughes@wallacegraham.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

|   |   |
|---|---|
| IN RE: NC SWINE FARM NUISANCE LITIGATION | ) ) ) ) ) ) ) |

**THIS DOCUMENT RELATES TO:**

**ALL CASES**

## CERTIFICATE OF SERVICE

I, Mark E. Anderson, do hereby certify that on the 21st day of August 2015, I filed a true and correct copy of the above and foregoing **STIPULATED EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys indicated on the NEF, including counsel for Plaintiffs.

    Respectfully submitted,

    /s/ Mark E. Anderson
    Mark E. Anderson (N.C. Bar No. 15764)
    McGuireWoods LLP
    2600 Two Hannover Square
    Raleigh, North Carolina 27601
    Telephone: (919) 755-6600
    Facsimile: (919) 755-6699
    Email: manderson@mcguirewoods.com

    *Attorney for Defendant*