IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM )
NUISANCE LITIGATION )
_____ )

THIS DOCUMENT RELATES TO:
*McMillon, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00181

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Thurman McArthur Judge, surviving son and Administrator of the Estate of Thurman Judge, requesting that he be substituted as the Plaintiff. The Court notes that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Plaintiffs filed a suggestion of death on July 31, 2015 reflecting that Plaintiff Thurman Judge had died. The Court notes that the Plaintiffs represent that Thurman McArthur Judge is duly qualified to act as the representative of the Estate, Rule 25(a)(1) provides for substitution upon the death of a party, and that counsel for the Defendant has consented to the motion.

Wherefore, the Court hereby grants the motion and orders that for purposes of the long-form caption of the matter, and the claim for Thurman Judge, the caption should be modified to substitute for the Plaintiff Thurman Judge, the following: "Thurman McArthur Judge, Individually and as Administrator of the Estate of Thurman Judge."

So ordered, this the 3 day of November, 2015.

_____
Robert B. Jones, Jr.
United States Magistrate Judge