IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM )
NUISANCE LITIGATION )
_____ )

THIS DOCUMENT RELATES TO:
*McGowan, et al. v. Murphy-Brown, LLC*, No. 7:14-CV-00182-BR

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Woodell McGowan, surviving spouse and Executor on behalf of the Estate of Wanda F. McGowan, requesting that he be substituted as the Plaintiff. The Court notes that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Plaintiffs filed a suggestion of death on July 31, 2015 reflecting that Plaintiff Wanda F. McGowan had died of illness. The Court notes that the Plaintiffs represent that Mr. McGowan is duly qualified to act as the representative of the Estate of Ms. McGowan, Rule 25(a)(1) provides for substitution upon the death of a party, and that counsel for the Defendant has consented to the motion.

Wherefore, the Court hereby grants the motion and orders that for purposes of the long-form caption of the matter, and the claim for Wanda McGowan, the caption should be modified to substitute for the Plaintiff Wanda McGowan, the following: "Woodell McGowan, Individually and as Executor of the Estate of Wanda McGowan."

So ordered, this the 3 day of November, 2015.

_____
Robert B. Jones, Jr.
United States Magistrate Judge