IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM )
NUISANCE LITIGATION )
_____ )

THIS DOCUMENT RELATES TO:
*McGowan, et al. v. Murphy-Brown, LLC*, No. 7:14-CV-00182

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Daniel I. Miller, Administrator of the Estate of Perry Miller, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Daniel I. Miller, Administrator of the Estate of Perry Miller, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Lawrence Rawls, the following: "Daniel I. Miller, Administrator of the Estate of Perry Miller."

So ordered, this the 10 day of November, 2015.

_____
Robert B. Jones, Jr.
United States Magistrate Judge