**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR**

**IN RE: NC SWINE FARM** )
**NUISANCE LITIGATION** )
_____)

**THIS DOCUMENT RELATES TO:**
*Brown, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00245

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Loretta

Byrd, Administrator of the Estate of Lawrence Rawls, requesting that she be substituted

as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that

Loretta Byrd, Administrator of the Estate of Lawrence Rawls, is substituted as the

Plaintiff for the decedent, and the caption should be modified to substitute for Lawrence

Rawls, the following: "Loretta Byrd, Administrator of the Estate of Lawrence Rawls."

So ordered, this the _10_ day of _November_, 201 _5_.

_____

Robert B. Jones, Jr.

United States Magistrate Judge