IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| IN RE: NC SWINE FARM NUISANCE LITIGATION | ) ) ) Master Case No. 5:15-CV-00013-BR ) ) ) |

THIS DOCUMENT RELATES TO:

ALL CASES

## ORDER

This matter comes before the court on the parties' Joint Status Report and Joint Motion for Extension of time [DE-84] filed in accordance with court's January 19, 2016 Order [DE-83]. The parties represent that they have been working through a meet-and-confer process regarding a proposal for the next phase of these cases. The parties have asked that, to allow them more time for this process, the preliminary motions currently due February 16, 2016, including regarding severance, be delayed on an interim basis, since an agreement may obviate the need to file that motion at this time. For good cause shown, the motion is ALLOWED, and the preliminary motion deadline is extended to March 30, 2016, with responses due April 27, 2016, and replies due May 18, 2016. The parties shall, by no later than March 16, 2016, report to the Court regarding the status of these cases and shall submit a proposed joint (or individual) plan(s) for continued case management.

SO ORDERED, this the 11 day of February 2016.

Robert B. Jones
United States Magistrate Judge