## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM       )
NUISANCE LITIGATION       )
_____ )

## THIS DOCUMENT RELATES TO:
*Gillis, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00185

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Annie

Doris Johnson, surviving spouse and Administratrix of the Estate of Allen Thomas

Johnson, requesting that she be substituted as Plaintiff. Pursuant to Rule 25 of the

Federal Rules of Civil Procedure, the Plaintiffs have filed a suggestion of death reflecting

that Plaintiff Allen Thomas Johnson had died. The Court notes that the Plaintiffs

represent that Annie Doris Johnson is duly qualified to act as the Administratrix of the

Estate, Rule 25(a)(1) provides for substitution upon the death of a party, and that counsel

for the Defendant has consented to the motion.

Wherefore, the Court hereby grants the motion and orders that for purposes of the

long-form caption of the matter, and the claim for Allen Thomas Johnson, the caption

should be modified to substitute for the Plaintiff Allen Thomas Johnson, the following:

"Annie Doris Johnson, as Administratrix of the Estate of Allen Thomas Johnson."

So ordered, this the **3** day of May, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge