**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Master Case No. 5:15-CV-00013-BR**

| | | |
|---|---|---|
| | ) | |
| **IN RE: NC SWINE FARM** | ) | |
| **NUISANCE LITIGATION** | ) | **MOTION TO QUASH** |
| | ) | **PLAINTIFFS' NOTICE OF** |
| | ) | **DE BENE ESSE DEPOSITION** |
| | ) | **OF STEVEN WING** |
| | ) | |
| | ) | **Fed. R. Civ. P. 16, 26, 30, 32** |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

Defendant Murphy-Brown LLC ("Murphy-Brown") hereby moves to quash Plaintiffs'

Notice of *De Bene Esse* Deposition of Steven Wing. Dr. Wing is a retained expert, not a party or

fact witness. Plaintiffs have disclaimed any medical claims in this case, but Dr. Wing's expert

report offers opinion testimony on alleged health hazards of living near hog farms. Dr. Wing

offers no opinions as to Plaintiffs or the Discovery Pool farms. Moreover, Murphy-Brown

would be prejudiced by being unable to prepare adequately for Dr. Wing's trial testimony at this

early stage of discovery. Murphy-Brown respectfully requests that this Court quash the Notice

of Deposition and provide such further relief as it deems just and appropriate. The grounds for

this Motion are set forth with particularity and in more detail in the accompanying Memorandum

in Support, which is incorporated by reference.

Dated: June 24, 2016

Respectfully submitted,

/s/ Mark E. Anderson
Mark E. Anderson (N.C. Bar No. 15764)
McGuireWoods LLP
2600 Two Hannover Square
Raleigh, North Carolina 27601
Telephone: (919) 755-6600

Facsimile: (919) 755-6699
Email: manderson@mcguirewoods.com

Eugene E. Mathews III (Va. Bar No. 36384)
Tennille J. Checkovich (Va. Bar No. 68028)
(*By Special Appearance*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: mmathews@mcguirewoods.com
        tcheckovich@mcguirewoods.com

*Attorneys for Murphy-Brown LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR**

|  |  |
|---|---|
| | ) |
| **IN RE: NC SWINE FARM** | ) |
| **NUISANCE LITIGATION** | ) |
| | ) |
| _____ | ) |

**THIS DOCUMENT RELATES TO:
ALL CASES**

<u>**CERTIFICATE OF SERVICE**</u>

I, Mark E. Anderson, do hereby certify that on the 24th day of June, 2016, I caused the above and foregoing Motion to Quash Plaintiffs' Notice of De Bene Esse Deposition of Steven Wing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys indicated on the NEF, including counsel for Plaintiffs.

Respectfully submitted,

/s/ Mark E. Anderson
Mark E. Anderson (N.C. Bar No. 15764)
McGuireWoods LLP
2600 Two Hannover Square
Raleigh, North Carolina 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
Email: manderson@mcguirewoods.com

*Attorney for Murphy-Brown LLC*