IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.** 5:15-CV-00013-BR

IN RE NC SWINE FARM NUISANCE LITIGATION )
)
Plaintiff(s), )
)
vs )
)
)
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Greenwood Livestock, LLC who is a NON-PARTY,
(name of party)            (plaintiff/defendant/other: OTHER)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯            NO ◉

2. Does party have any parent corporations?

    YES ◯            NO ◉

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◯            NO ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ●     NO ○

If yes, identify entity and nature of interest:

Out of an abundance of caution, it is disclosed that Greenwood Livestock, LLC has a contractual relationship with Murphy-Brown, LLC. Although Greenwood Livestock, LLC cannot confirm or deny the details of its disclosure, please see that party's disclosure.

5. Is party a trade association?

YES ○     NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ S.G. Thompson, Jr. (Atty for Greenwood Livestock, LLC)

Date: 9/22/2016