IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM         )
NUISANCE LITIGATION          )

## ORDER

This Court, upon consent motion of the parties and an interested party in the matter, hereby unseals a portion of the SEALED OFFICIAL TRANSCRIPT filed Tuesday September 20, 2016 (DE # 174). The limited portion hereby unsealed is located on Page 27, Lines 4 through 9 only. The remainder of the transcript remains sealed.

This 30 September 2016.

_____
W. Earl Britt
Senior U.S. District Judge