IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM            )
NUISANCE LITIGATION             )

**ORDER**

This Court hereby orders that all notes and records involving any kind of recordkeeping and notes in this case not be tampered with in any way or destroyed and directs counsel to advise everyone whom they represent in this case and have any reason to believe that might have such records on behalf of those clients of the existence of this order.

This 6 October 2016.

_____
W. Earl Britt
Senior U.S. District Judge