IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Master Case No. 5:15-CV-00013-BR ) | |
| ) | MOTION TO EXCLUDE DR. WING |
| IN RE: NC SWINE FARM ) | |
| NUISANCE LITIGATION ) | FRE 403, 702; FRCP 37 |

THIS DOCUMENT RELATES TO:
*ALL CASES*

### DEFENDANT MURPHY-BROWN LLC'S MOTION TO EXCLUDE EXPERT TESTIMONY OF STEVEN WING, Ph.D.

Pursuant to Federal Rules of Evidence 403 and 702, and Federal Rule of Civil Procedure 37, Defendant Murphy-Brown LLC ("Murphy-Brown") moves this Court to enter an Order barring admission of the testimony of Steven Wing, Ph.D., at trial. Murphy-Brown also requests this Court to award such other and further relief as appropriate. The grounds for this motion are set forth with particularity and in more detail in the accompanying memorandum in support, which is incorporated herein by reference.

Respectfully submitted this 6th day of December, 2016.

/s/ Mark E. Anderson
Mark E. Anderson (N.C. Bar No. 15764)
McGUIREWOODS LLP
434 Fayetteville St. #2600
Suite 2600
Raleigh, North Carolina 27601
Telephone: (919) 755-6678
Facsimile: (919) 755-6581
Email: manderson@mcguirewoods.com

Eugene E. Mathews III (Va. Bar No. 36384)
Tennille J. Checkovich (Va. Bar No. 68028)
(*By Special Appearance*)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: mmathews@mcguirewoods.com
tcheckovich@mcguirewoods.com

*Attorneys for Murphy-Brown LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Master Case No. 5:15-CV-00013-BR )
)
IN RE: NC SWINE FARM )
NUISANCE LITIGATION )

THIS DOCUMENT RELATES TO:
*ALL CASES*

## CERTIFICATE OF SERVICE

I, Mark E. Anderson, do hereby certify that on the day of December 6, 2016, I caused a true and correct copy of the above and foregoing **DEFENDANT MURPHY-BROWN, LLC'S MOTION TO EXCLUDE EXPERT TESTIMONY OF STEVEN WING, Ph.D.** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys indicated on the NEF, including counsel for Plaintiffs.

    Respectfully submitted,

    /s/ Mark E. Anderson
    Mark E. Anderson (N.C. Bar No. 15764)
    McGuireWoods LLP
    434 Fayetteville St. #2600
    Suite 2600
    Raleigh, North Carolina 27601
    Telephone: (919) 755-6678
    Facsimile: (919) 755-6581
    Email: manderson@mcguirewoods.com

    *Attorney for Murphy-Brown LLC*

2