# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM                    )
NUISANCE LITIGATION                     )
_____)

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

### [PLAINTIFFS' PROPOSED] ORDER ON
### DEFENDANT'S RENEWED MOTION TO SEAL

This matter is before the Court upon the Defendant's Renewed Motion to Seal [DE-274] materials contained in Exhibit 13 to Plaintiffs' Memorandum in Support of its Motion to Compel Smithfield Documents under Defendant's Control [DE-118], at pages MB100103000022, MB100103000032-34, MB100103000014, and MB100103000061-64.

Having reviewed the submissions of the parties, the Court concludes that the Defendant has failed to meet its burden to show why the documents should remain sealed.

Accordingly, the Court hereby orders that the Defendant's Renewed Motion to Seal is denied.

SO ORDERED, this _____ day of _____, 2017.


_____
Robert B. Jones, Jr.
United States Magistrate Judge