# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM          )
NUISANCE LITIGATION           )
_____     )

**THIS DOCUMENT RELATES TO:**
*Anderson v. Murphy-Brown LLC*, No. 7:14-cv-00183-BR
*Artis v. Murphy-Brown LLC*, No. 7:14-cv-00237-BR
*Gillis v. Murphy-Brown LLC*, No. 7:14-cv-00185-BR
*McGowan v. Murphy-Brown LLC*, No. 7:14-cv-00182-BR
*McKiver v. Murphy-Brown LLC*, No. 7:14-cv-00180-BR

## NOTICE OF CORRECTION OF EXHIBITS

Defendant Murphy-Brown LLC ("Murphy-Brown"), by and through counsel, respectfully

submits this Notice of Correction of Exhibits 2, 4, and 5 to Murphy-Brown's Motion for Partial

Summary Judgment on Claims Seeking Damages for Health Effects and Symptoms.  Murphy-

Brown states as follows:

1.      On April 14, 2017, Murphy-Brown filed a Motion for Partial Summary Judgment

on Claims Seeking Damages for Health Effects and Symptoms (the "Motion").  (ECF 301.)

2.      Concurrently with the Motion, Murphy-Brown filed a Statement of Material Facts

for the Motion (ECF 303) and an Appendix to the Statement of Material Facts for the Motion

(ECF 304).

3.      Murphy-Brown subsequently discovered that three of the exhibits to the Appendix

to the Statement of Material Facts for the Motion (ECF 304) either lacked full legibility or did

not include all the cited pages of the relevant depositions.  Therefore, Murphy-Brown is filing

herewith corrected copies of those three exhibits.

4.      Attached hereto is corrected Exhibit 2, which includes excerpts from the February 2, 2017 deposition of Dr. Kendall Thu.  The corrected exhibit includes the full page transcript, rather than the mini-script.

5.      Attached hereto is corrected Exhibit 4, which includes excerpts from the August 1, 2016 deposition of Dr. Steven Wing.  The corrected exhibit contains pages 15-27, which were inadvertently omitted from the original Exhibit 4.

6.      Attached hereto is corrected Exhibit 5, which includes excerpts from the August 24, 2016 deposition of Dr. Steven Wing.  The corrected exhibit contains pages 82-85, which were inadvertently omitted from the original Exhibit 5.

7.      The remainder of the Exhibits attached to Murphy-Brown's Appendix to the Statement of Material Facts for the Motion remain unchanged.

Dated:  April 28, 2017                              Respectfully submitted,

                                                   /s/ Mark E. Anderson
                                                   Mark E. Anderson (N.C. Bar No. 15764)
                                                   McGUIREWOODS LLP
                                                   434 Fayetteville Street
                                                   Suite 2600
                                                   Telephone: (919) 755-6600
                                                   Facsimile: (919) 755-6699
                                                   Email: manderson@mcguirewoods.com

                                                   Eugene E. Mathews III (Va. Bar No. 36384)
                                                   Tennille J. Checkovich (Va. Bar No. 68028)
                                                   (*By Special Appearance*)
                                                   McGUIREWOODS LLP
                                                   Gateway Plaza
                                                   800 E. Canal Street
                                                   Richmond, Virginia 23219
                                                   Telephone: (804) 775-1000
                                                   Facsimile: (804) 775-1061
                                                   Email: mmathews@mcguirewoods.com
                                                   tcheckovich@mcguirewoods.com

                                                   *Attorneys for Murphy-Brown LLC*

|  |  |
|---|---|
| | ) |
| | ) |
| **IN RE: NC SWINE FARM** | ) |
| **NUISANCE LITIGATION** | ) |
| | ) |
| | ) |
| | ) |

**THIS DOCUMENT RELATES TO:**
*Anderson v. Murphy-Brown LLC* (Case No. 7:14-CV-00183-BR)
*Artis v. Murphy-Brown LLC* (Case No. 7:14-CV-00237-BR)
*Gillis v. Murphy-Brown LLC* (Case No. 7:14-CV-00185-BR)
*McGowan v. Murphy-Brown LLC* (Case No. 7:14-CV-00182-BR)
*McKiver v. Murphy-Brown LLC* (Case No. 7:14-CV-00180-BR)

I do hereby certify that on the 28th day of April, 2017, I caused a true and correct copy of

Murphy-Brown LLC's Notice of Correction of Exhibits to Murphy-Brown's Motion for Partial

Summary Judgment on Claims Seeking Damages for Health Effects and Symptoms to be filed

with the Clerk of the Court using the CM/ECF system, which sent notification of such filing

(NEF) to all CM/ECF registered attorneys indicated on the NEF, including counsel for Plaintiffs.

Respectfully submitted,

/s/ Mark E. Anderson
Mark E. Anderson (N.C. Bar No. 15764)
McGUIREWOODS LLP
434 Fayetteville Street
Suite 2600
Telephone: (919) 755-6600
Facsimile: (919) 755-6699
Email: manderson@mcguirewoods.com

*Attorney for Murphy-Brown LLC*