IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM )
NUISANCE LITIGATION )
_____ )

THIS DOCUMENT RELATES TO:
*McGowan, et al. v. Murphy-Brown, LLC*, No. 7:14-cv-00182

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Dorothy L. Hill, Administratrix of the Estate of Perry Miller, requesting that she be substituted as Plaintiff in the place of Daniel I. Miller, prior Administrator of the Estate.

Finding good cause is shown, the Court hereby grants the motion and orders that Dorothy L. Hill, Administratrix of the Estate of Perry Miller, is substituted as the Plaintiff and the caption should be modified to read: "Dorothy L. Hill, Administratrix of the Estate of Perry Miller."

So ordered, this the ___ day of November, 2017.

_____
Robert B. Jones, Jr.
United States Magistrate Judge

1