UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: SWINE FARM NUISANCE )
LITIGATION )
_____ )

**THIS DOCUMENT RELATES TO:**
*McKiver v. Murphy-Brown LLC*, No. 7:14-CV-00180-BR
*McGowan v. Murphy-Brown LLC*, No. 7:14-CV-00182-BR
*Anderson v. Murphy-Brown LLC*, No. 7:14-CV-00183-BR
*Gillis v. Murphy-Brown LLC*, No. 7:14-CV-00185-BR
*Blanks v. Murphy-Brown, LLC*, No. 7:14-CV-00219-BR
*Blow v. Murphy-Brown, LLC,* No. 7:14-CV-00232-BR
*Artis v. Murphy-Brown LLC*, No. 7:14-CV-00237-BR

## ORDER

The matter is before the court on the parties' joint motion for continuance and stay of discovery. (DE # 513.) For good cause shown, the motion to continue the trials in Gillis v. Murphy-Brown, LLC, No. 7:14-CV-185 ("Gillis"), McGowan v. Murphy-Brown, LLC, No. 7:14-CV-182 ("McGowan"), Anderson v. Murphy-Brown, LLC, No. 7:14-CV-183 ("Anderson"), and McKiver v. Murphy-Brown, LLC, No. 7:14-CV-180 ("McKiver"), is ALLOWED. The court ORDERS that the fourth trial plaintiffs' trial in Gillis be continued to 13 November 2018, and the fifth trial plaintiffs' trial in McGowan be continued to 7 January 2019. The sixth trial plaintiffs' trial in Anderson and the seventh trial plaintiffs' trial in McKiver will be set by separate order.

Additionally, the court ORDERS that discovery in Blanks v. Murphy-Brown, LLC, No. 7:14-CV-219-BR ("Blanks"), and Blow v Murphy-Brown, LLC, No. 7:14-CV-232-BR ("Blow"), is stayed until 13 November 2018. The dates provided in the scheduling orders at DE

# 503 and DE # 510 for <u>Blanks</u> and <u>Blow</u> are amended as follows.[1]  Future requests for continuances of trial and/or stay of discovery will be disfavored.

| Original Dates | Amended Dates |
|---|---|
| Friday, 24 August 2018 | Friday, 16 November 2018 |
| Monday, 27 August 2018 | Monday, 19 November 2018 |
| Friday, 7 September 2018 | Friday, 30 November 2018 |
| Monday, 10 September through Monday, 8 October 2018 | Monday, 3 December through Monday, 31 December 2018 |
| Monday, 17 September 2018 | Monday, 10 December 2018 |
| Wednesday, 10 October 2018 | Wednesday, 2 January 2019 |
| Friday, 12 October 2018 | Friday, 4 January 2019 |
| Wednesday, 17 October 2018 | Wednesday, 9 January 2019 |
| Monday, 22 October 2018 | Monday, 14 January 2019 |
| Friday, 23 November 2018 | Friday, 15 February 2019 |
| Friday, 14 December 2018 | Friday, 8 March 2019 |

This 23 August 2018.

_____
W. Earl Britt
Senior U.S. District Judge

---

[1] The court's orders at DE # 503 and DE # 510 otherwise remain the same.