IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-13-BR

)
)
IN RE: NC SWINE FARM ) ORDER
NUISANCE LITIGATION )
)
_____ )

THIS DOCUMENT RELATES TO:
*Blanks v. Murphy-Brown, LLC*, No. 7:14-CV-219-BR
*Blow v. Murphy-Brown, LLC*, No. 7:14-CV-232-BR

These cases are before the undersigned on Plaintiffs' motion to suspend or reschedule the dates for the *Blanks* hog farm site inspections. [DE-551]. Defendant filed a response in opposition [DE-553], and the court held a telephonic hearing on February 5, 2019. The Plaintiffs in agreeing to schedule the *Blanks* hog farm inspections for February 7, 11, 12, and 13, reasonably anticipated that they would occur after the conclusion of the *McGowan* trial, previously scheduled to begin on January 7, and prior to the start of the *Anderson* trial, currently set for March 4. However, due to circumstances beyond the parties' control, i.e., a lapse in government appropriations, the *McGowan* trial was delayed until January 31.

In light of the change in schedule, and given Dr. Rogers' need to prepare for his trial testimony and the hog farm inspections, Plaintiffs' motion to stay the *Blanks* hog farm inspections is allowed for good cause shown. Furthermore, because the subsequent deadlines in *Blanks* and *Blow* will be impacted by the stay, the court stays all deadlines in the *Blanks* and *Blow* cases pending a status conference to be held on **Friday, February 15, 2019 at 12:30 p.m.** in Raleigh, North

Carolina, 7th Floor, Courtroom 2, before Senior Judge W. Earl Britt and Magistrate Judge Robert B. Jones, Jr. The parties shall be prepared to discuss scheduling related to all pending cases.

SO ORDERED, the 6th day of February 2019.

*[signature]*
Robert B. Jones, Jr.
United States Magistrate Judge