# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM NUISANCE )
LITIGATION )
_____ )

**THIS DOCUMENT RELATES TO:**
*Collier v. Murphy-Brown, LLC*, No. 2:14-CV-00056-BR
*McKiver v. Murphy-Brown, LLC*, No. 7:14-CV-00180-BR
*Anderson v. Murphy-Brown, LLC*, No. 7:14-CV-00183-BR
*Blanks v. Murphy-Brown, LLC*, No. 7:14-CV-00219-BR
*Faison v. Murphy-Brown, LLC*, No. 7:14-CV-00229-BR
*Blow v. Murphy-Brown, LLC,* No. 7:14-CV-00232-BR
*Humphrey v. Murphy-Brown, LLC*, No. 7:14-CV-00234-BR

## ORDER

On the parties' request, any deadline to file a motion or pleading in response to an amended complaint, discovery, final pretrial conference, trial, and trial-related deadlines are STAYED for six weeks, until 5 April 2019, to be reset by future order.

This 25 February 2019.

_____
W. Earl Britt
Senior U.S. District Judge