UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

IN RE: NC SWINE FARM NUISANCE )
LITIGATION )
_____ )

**THIS DOCUMENT RELATES TO:**
*Collier v. Murphy-Brown, LLC*, No. 2:14-CV-00056-BR
*McKiver v. Murphy-Brown, LLC*, No. 7:14-CV-00180-BR
*Anderson v. Murphy-Brown, LLC*, No. 7:14-CV-00183-BR
*Blanks v. Murphy-Brown, LLC*, No. 7:14-CV-00219-BR
*Faison v. Murphy-Brown, LLC*, No. 7:14-CV-00229-BR
*Blow v. Murphy-Brown, LLC,* No. 7:14-CV-00232-BR
*Humphrey v. Murphy-Brown, LLC*, No. 7:14-CV-00234-BR
*Artis v. Murphy-Brown, LLC*, No. 7:14-CV-00237-BR

## ORDER

On the parties' request during the status conference on 9 April 2019, any pending deadlines and trial are STAYED until 24 May 2019. Thereafter, the following schedule is imposed:

1. On or before 24 June 2019, defendant shall file a motion or pleading in response to the fourth amended complaint in Collier v. Murphy-Brown, LLC, No. 2:14-CV-56-BR, Faison v. Murphy-Brown, LLC, No 7:14-CV-229-BR, and Humphrey v. Murphy-Brown, LLC, No. 7:14-CV-234-BR.

2. The final telephonic pretrial conference in Anderson v. Murphy-Brown, LLC, No. 7:14-CV-183-BR ("Anderson"), is SET for 23 July 2019 at 1:30 p.m. before U.S. Magistrate Judge Robert B. Jones, Jr.

3. The sixth trial plaintiffs' trial in Anderson is SET for 5 August 2019 before Senior U.S. District Judge David A. Faber in Raleigh, North Carolina.

The court anticipates that the seventh trial plaintiffs' trial in <u>McKiver v. Murphy-Brown, LLC</u>, No. 7:14-CV-180-BR, will be set for 7 October 2019. The remaining pretrial and trial deadlines will be reset by future order. The court intends for discovery to proceed in <u>Blanks v. Murphy-Brown</u>, LLC, No. 7:14-CV-219-BR ("<u>Blanks</u>"), and <u>Blow v Murphy-Brown, LLC</u>, No. 7:14-CV-232-BR ("<u>Blow</u>"), from 28 May 2019 into July 2019 and between the trials in <u>Anderson</u> and <u>McKiver</u>. To assist the court in scheduling the discovery deadlines and the filing of notices of selection of the trial groups in <u>Blanks</u> and <u>Blow</u>, the parties are DIRECTED to file on or before 17 April 2019 a proposed schedule for the selection of plaintiffs for trial and the completion of *all* discovery in those cases.

This 10 April 2019.

_____
W. Earl Britt
Senior U.S. District Judge