UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Master Case No. 5:15-CV-00013-BR

| | ) | |
|---|---|---|
| **IN RE: NC SWINE FARM** | ) | |
| **NUISANCE LITIGATION** | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

<u>**THIS DOCUMENT RELATES TO:**</u>
*ALL CASES*

It appearing to the Court that the parties have jointly requested a stay pending resolution of the appeal in *Joyce McKiver v. Murphy-Brown LLC*, Case No. 19-1019 (4th Cir.) (the "*McKiver* Appeal"), it is hereby ORDERED that all discovery, pre-trial, and trial proceedings before this Court in the above-captioned cases are STAYED. This stay shall remain in place until further order of the Court.

It is further ORDERED that the parties shall report to the Court to facilitate scheduling of a status conference within ten (10) days after the Fourth Circuit issues its decision in the *McKiver* Appeal.

This 3 June 2019.

_____
W. Earl Britt
Senior U.S. District Judge